**STATE of Missouri, Respondent,**

v.

**Maurice KIRKSEY, Appellant.**

**No. 49960.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 14, 1986.

Motion for Rehearing and/or Transfer
Denied March 4, 1986.

Application to Transfer Denied
April 15, 1986.

Henry B. Robertson, John M. Putzel, Public Defender, St. Louis, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for stealing, in violation of § 570.030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).